AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  David Kelly
was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)*  Miami International Airport, Concourse J
on *(date)*  20Nov2025  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  20Nov2025

*David Tate*
Server's signature

David Tate, Certified Process Server #2348
Printed name and title

1031 Ives Dairy Road, Suite 228 Miami, FL 33179
Server's address

Additional information regarding attempted service, etc: